UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

Jose Adames,

                                    Plaintiff,      **NOTICE OF APPEARANCE**

       -against-

Michael R. Bloomberg,
The Dominican Mission to the United Nations      **O8 CV 3804 (LAK)(THK)**

                                 Defendants.

------------------------------------------------------------------------ x

**PLEASE** enter the appearance of the undersigned, as lead attorney and attorney to be noticed, on behalf of the City of New York defendants in the above titled action.

Dated:     New York, New York
             May 8, 2008

                                     MICHAEL A. CARDOZO
                                     Corporation Counsel of the
                                     City of New York
                                     Attorney for Defendant
                                     100 Church Street, Room 2-182
                                     New York, N.Y. 10007
                                     (212) 788-8119
                                     e-mail: jsilverb@law.nyc.gov

                                     By:_____/js/_____
                                       Janice Casey Silverberg (JS 4629)
                                       Assistant Corporation Counsel

Cc:     Mr. Jose Adames
         641 West 207th St.  1A
         New York, N.Y. 10034

## CERTIFICATE OF SERVICE

I hereby certify that, on May 8, 2008, I caused a true and correct copy of the foregoing Notice of Appearance to be served by mail on plaintiff *pro se*, at his address:

Mr. Jose Adames
641 West 207th St.   1A
New York, N.Y. 10034

Dated:    New York, New York
          May 8, 2008

                                MICHAEL A. CARDOZO
                                Corporation Counsel of the
                                  City of New York
                                Attorney for Defendants
                                100 Church Street, Room 2-182
                                New York, New York 10007
                                (212) 788-8119


                                By:_____/js/_____
                                    Janice Casey Silverberg