**MEMO ENDORSED**

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

JANICE CASEY SILVERBERG
phone: (212) 788-8119
fax: (212) 788-0940
email: jsilverb@law.nyc.gov

RECEIVED MAY -9 2008 JUDGE KAPLAN'S CHAMBERS

May 8, 2008

Hon. Lewis A. Kaplan
United States District Judge
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/12/08

Re: <u>Adames v. Bloomberg et.al.</u>
    08 CV 3804 (LAK)(THK)

Dear Judge Kaplan:

    I am the Assistant Corporation Counsel representing the City defendants in this matter, in which plaintiff *pro se* claims that a conspiracy among Mayor Bloomberg and various entities including MCI, Hewlett Packard, and the Bank of North America, has prevented him from effectively running his campaign for Mayor of New York since April, 2005. Plaintiff additionally asserts various constitutional claims, including discrimination and violation of his freedom of speech.

    The City defendants intend to move to dismiss this matter pursuant to Rule 12(b)(6) of the Federal Rules of Civil procedure for failure to state a claim upon which relief can be granted. I write at this time to respectfully request a one month extension of time to respond to the Complaint, from May 14, 2008 to June 18, 2008. This is the first request for an enlargement of time, and is necessary to review plaintiff's voluminous and repetitive complaint of over 300 paragraphs. In addition, plaintiff has filed prior actions in which some of the same claims appear to have been raised and decided. Plaintiff does not consent to this request, unless Mayor Bloomberg is first removed from office.

SO ORDERED
*Granted*

LEWIS A. KAPLAN USDJ

Thank you for your consideration of this request for an extension of time to respond to the Complaint until June 18, 2008.

Respectfully yours,

Janice Casey Silverberg (JS4629)
Assistant Corporation Counsel

cc: Mr. Jose Adames
641 West 207th St. 1A
New York, N.Y. 10034