```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
JOSE ADAMES,                        :
                                    :
              Plaintiff,            :  (PRO SE)
                                    :
        -against-                   :  08 Civ. 3804 (LAK)(THK)
                                    :
                                    :
MICHAEL R. BLOOMBERG, et al.,       :  ORDER
                                    :
                                    :
              Defendants.           :
------------------------------------X
```

**THEODORE H. KATZ, UNITED STATES MAGISTRATE JUDGE.**

This action has been referred to this Court for general pretrial supervision and reports and recommendations on dispositive motions. Plaintiff Jose Adames has moved for a default judgment and for an order denying Defendants' motion to dismiss and request for an enlargement of time. Plaintiffs' motions are moot and must be denied as the District Court (Hon. Lewis A. Kaplan) issued an Order granting Defendants an extension of time, until June 18, 2008, to respond to the Complaint. (See Memorandum Endorsed Order, dated May 12, 2008.) Therefore, Defendants are not in default and there is no motion to dismiss to deny.

Plaintiff's response to the anticipated motion to dismiss shall be filed by July 15, 2008, and any Reply shall be filed by July 25, 2008.

This Order resolves the motions identified as Docket Entries 6 and 9.

So Ordered.

COPIES MAILED
TO COUNSEL OF RECORD ON 6/16/08

                                                      _____
                                                      THEODORE H. KATZ
                                                      UNITED STATES MAGISTRATE JUDGE

Dated: June 16, 2008
       New York, New York