MEMO ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Jose Adames

                         Plaintiff     NOTICE OF MOTION
   - against -                     IN OBJECTION TO
Michael Bloomberg,             MAGISTRATE ORDER
The Dominican Mission to the United
Nations

                      Defendants    <u>08CV 3804(LAK)(THK)</u>
------------------------------------------------------------X

PRO SE OFFICE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/28/08

SIRS ;

1.     PLEASE TAKE NOTICE that upon the annexed affirmation of Jose Adames, affirmed on July 18, 2008; and upon the objection herein, plaintiff will move this court Lewis A. Kaplan, U.S.D.J., in Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007; room-----, to sign in urgency and immediately, or as soon thereafter as counsel can be heard, for an order pursuant FEDERAL RULES OF CIVIL PROCEDURE. RULE 72. (b) Dispositive Motions.... (2) Objections. And (3) Resolving the Objections. And previous Rules enumerated in previously filing, to sign Mr. Michael Bloomberg's default, in review of magistrate judge's order; and to issue an order granting :

3.    1.   An order to the New York State Board of Elections to annul the Certificate of Elections, issued to Michael Bloomberg; and to issue a Certificate of Elections to Jose Adames, as the 2005 elected mayor.

Denied
SO ORDERED
[signature] /28/08

MEMO ENDORSED

1